

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00448-CV

_____

IN RE MIGUEL ANGEL BACILIO, Relator

---

Original Proceeding
Criminal District Court No. 1 of Tarrant County, Texas
Trial Court No. 0630576B

---

Before Birdwell, Womack, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: November 14, 2022